UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
____________________
No. 97-1653
UNITED STATES,
Appellee,
v.
WILLY MARROQUIN, a/k/a WILLY ADOLFO MARROQUIN MENDEZ,
Defendant, Appellant.
______________________
APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
[Hon. Francis J. Boyle, Senior U.S. District Judge]
____________________
Before
Stahl, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lynch, Circuit Judge.
____________________
Bruce Green for appellant.
Margaret E. Curran, Assistant United States Attorney, with whom
Sheldon Whitehouse, United States Attorney, and Stephanie S. Browne,
Assistant United States Attorney, were on brief for appellee.
____________________
February 17, 1998
____________________


</body>
</html>
CAMPBELL, Senior Circuit Judge. This appeal is from
the district court's confirmation of defendant's sentence
following this court's previous remand directing it to
reconsider that sentence. Defendant-appellant Willy Marroquin
insists that the district court continues to err by denying him
a one-level decrease pursuant to United States Sentencing
Commission Guidelines Manual ("U.S.S.G.") § 3E1.1(b)(2). The
1. U.S.S.G. § 3E1.1(b) of the Guidelines requires a court to
decrease by one level a defendant's offense level if:
[the defendant] qualifies for a decrease under
subsection (a) [by clearly demonstrating acceptance of
responsibility for his offense], the offense level
determined prior to the operation of subsection (a) is
level 16 or greater, and the defendant has assisted
authorities in the investigation or prosecution of his
own misconduct by:
(1) timely providing complete information to the
government concerning his own involvement in the
offense; or
(2) timely notifying authorities of his intention to
enter a plea of guilty, thereby permitting the
government to avoid preparing for trial and
permitting the court to allocate its resources
efficiently.
-2-